IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GLENDON RAY SMITH**                                                                    **PLAINTIFF**

**V.**                                                                   **CASE NO 1:07CV222**

**COMMISSIONER OF SOCIAL SECURITY**                                              **DEFENDANT**

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated April 17, 2008, was on that date duly served upon the plaintiff; that the parties were given 10 days to file any objections to the Report and Recommendation; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted. Therefore, it is

**ORDERED:**

The Report and Recommendation (docket entry 11) of the United States Magistrate Judge dated April 17, 2008, is hereby approved and adopted.

This the 1st day of July, 2008.

                                                                **/s/ MICHAEL P. MILLS**
                                                                **CHIEF JUDGE**
                                                                **UNITED STATES DISTRICT COURT**
                                                                **NORTHERN DISTRICT OF MISSISSIPPI**